# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jack Scott<br>*Plaintiff*<br>v.<br>Wackenhut Services Inc., Savannah River Site<br>*Defendant* | )<br>)<br>) Civil Action No. 1:08-3863-MBS<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: <u>the plaintiff, Jack Scott shall take nothing of the defendant, Wackenhut Services Inc., Savannah River Site and the complaint is dismissed without prejudice and without issuance and service of process.</u>

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ <u>decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Joseph R. McCrorey granting defendant's motion to dismiss.</u>

Date: March 23, 2010

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*